1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ERIC WARD, | Case No. 2:15-cv-09588-RGK (GJS) |
|---|---|
| Petitioner | |
| v. | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: September 19, 2016

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE